

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Action No. 3:16-cr-__155__ |
| ) | |
| ) | Conspiracy to Make False Claims |
| v.                                       ) | 18 U.S.C. § 286 |
| ) | (Count 1) |
| ) | |
| CRYSTAL CHARMAE RICHARDS,     ) | Making False Claims |
| ) | 18 U.S.C. §§ 287 & 2 |
| Defendant.     ) | (Counts 2-16) |
| ) | |
| ) | Theft of Government Funds |
| ) | 18 U.S.C. §§ 641 & 2 |
| ) | (Counts 17-19) |
| ) | |
| ) | Aggravated Identity Theft |
| ) | 18 U.S.C. §§ 1028A(a)(1) & 2 |
| ) | (Counts 20-22) |
| ) | |
| ) | Criminal Forfeiture Allegation |
| ) | 18 U.S.C. §§ 981 & 982 |

## INDICTMENT

December 2016 TERM - At Richmond, Virginia

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(Conspiracy to Defraud the United States With Respect to False Claims)

Beginning prior to January 1, 2011 through on or about January 21, 2015, the exact dates

being unknown to the Grand Jury, in the Eastern District of Virginia and within the jurisdiction

of this Court, as well as elsewhere, defendant CRYSTAL CHARMAE RICHARDS did

unlawfully and knowingly enter into an agreement, combination, and conspiracy with David

Wayne Schneider (charged in this Court under docket number 3:15-cr-201-JRS) to defraud the United States Department of Treasury by obtaining and aiding to obtain the payment and allowance of false, fictitious, and fraudulent claims.

## Object of the Conspiracy

The object of the conspiracy was for RICHARDS and Schneider to obtain funds in the possession of the United States Treasury to which they were not entitled by filing tax returns on behalf of other individuals containing false information about the other individuals' income and expenses, thereby triggering the payment of fraudulent refunds.

## Ways, Manner, and Means of the Conspiracy

The conspiracy operated in substance as follows:

1.      RICHARDS and Schneider held themselves out as tax return preparers, often promising potential clients large tax refunds.

2.      RICHARDS and Schneider filed tax returns on behalf of their clients that contained materially false entries regarding income and education expenses.  These false entries triggered inflated refunds that the clients would not be otherwise authorized by law to receive.

3.      RICHARDS and Schneider were compensated from the fraudulently obtained refunds, and the remainder of the refunds were directed to their clients.

4.      On occasion, RICHARDS kept the entirety of a client's refund generated by the filing of a false and fraudulent return, falsely reporting to the client that she had been unable to obtain a refund.

5.      On other occasions, RICHARDS filed returns using the names and dates of birth of clients from previous years without their knowledge or permission, keeping the entirety of the

refund generated by the return.

(All in violation of Title 18, United States Code, Section 286.)

### COUNTS TWO THROUGH SIXTEEN
(Making False, Fictitious, and Fraudulent Claims Against the United
States)

On or about the following dates, in the Eastern District of Virginia and elsewhere,

defendant CRYSTAL CHARMAE RICHARDS, aided, abetted, counseled, induced, and

encouraged by David Wayne Schneider (charged in this Court under docket number 3:15-cr-201-

JRS) and others, both known and unknown to the Grand Jury, did make and present to the

Internal Revenue Service, part of the United States Department of Treasury the following false,

fictitious, and fraudulent claims:

| Count | Date | False Claim |
|---|---|---|
| 2 | 1/25/2012 | 2011 Tax Return filed on behalf of S.T. falsely claiming a dependent and $4,000 in education expenses, and seeking refund of $5,494 |
| 3 | 1/30/2012 | 2011 Tax Return filed on behalf of G.J. falsely claiming $4,000 in education expenses and $23,715 business loss, and seeking refund of $5,470 |
| 4 | 2/6/2012 | 2011 Tax Return filed on behalf of B.C. falsely claiming $8,000 in education expenses and seeking refund of $5,563 |
| 5 | 2/24/2012 | 2011 Tax Return filed on behalf of S.F. falsely claiming $8,000 in education expenses and seeking refund of $3,961 |
| 6 | 4/17/2012 | 2011 Tax Return filed on behalf of S.M. falsely claiming $28,482 business loss and seeking refund of $6,991 |
| 7 | 2/1/2013 | 2012 Tax Return filed on behalf of S.T. falsely claiming a dependent and $8,220 business profit, and seeking refund of $3,354 |
| 8 | 2/4/2013 | 2012 Tax Return filed on behalf of G.J. falsely claiming $23,235 business loss and seeking refund of $4,212 |

| Count | Date | False Claim |
|-------|------|-------------|
| 9 | 2/27/2013 | 2012 Tax Return filed using name of A.M., filed without A.M.'s knowledge or permission, falsely claiming $9,890 business profit and seeking refund of $2,982 |
| 10 | 3/5/2013 | 2012 Tax Return filed on behalf of B.C. falsely claiming $8,000 in education expenses and seeking refund of $5,386 |
| 11 | 3/7/2013 | 2012 Tax Return filed using name of L.S., filed without L.S.'s knowledge or permission, falsely claiming $4,000 in education expenses and $9,930 business profit, and seeking refund of $5,303 |
| 12 | 2/18/2014 | 2013 Tax Return filed on behalf of G.J. falsely claiming $3,025 in education expenses and $21,210 business loss, and seeking refund of $4,757 |
| 13 | 2/28/2014 | 2013 Tax Return filed on behalf of T.D. falsely claiming dependents, $4,000 in education expenses, and $7,490 in business profit, and seeking refund of $6,838 |
| 14 | 4/24/2014 | 2013 Tax Return filed on behalf of S.T. falsely claiming $8,000 in education expenses and $10,342 business profit, and seeking refund of $3,789 |
| 15 | 2/4/2015 | 2014 Tax Return filed on behalf of S.R. falsely claiming $13,560 business loss, and seeking refund of $7,458 |
| 16 | 3/1/2015 | 2014 Tax Return filed on behalf of G.J. falsely claiming $14,135 business loss, and seeking refund of $2,782 |

(In violation of Title 18, United States Code, Sections 287 & 2.)

SEVENTEEN                NINETEEN   mBM

**COUNTS ~~FIFTEEN~~ THROUGH ~~SEVENTEEN~~**
(Theft of Government Funds)

On or about the following dates, in Eastern District of Virginia and elsewhere, defendant

CRYSTAL CHARMAE RICHARDS, aided, abetted, counseled, and encouraged by others, both

known and unknown to the Grand Jury, did knowingly and unlawfully steal and purloin monies

of the United States in amounts exceeding $1,000, that is, tax refunds paid out by the Department

of the Treasury in response to the filing of the tax returns identified below, which were filed

without the knowledge and permission of the taxpayers identified below:

| Count | Date | Monies of the United States |
|---|---|---|
| 17 | 2/3/2012 | $3,811 paid in response to fraudulent 2011 Tax Return filed using name and personal identifying information of A.M. without A.M.'s permission |
| 18 | 2/23/2012 | $2,874 paid in response to fraudulent 2011 Tax Return filed using name and personal identifying information of L.S. without L.S.'s permission |
| 19 | 3/4/2013 | $4,888 paid in response to fraudulent 2012 Tax Return filed using name and personal identifying information of L.H. without L.H.'s permission |

(In violation of Title 18, United States Code, Sections 641 & 2.)

## COUNTS TWENTY THROUGH TWENTY-~~FOUR~~ TWO
### (Aggravated Identity Theft)

On or about the following dates, in the Eastern District of Virginia and within the

jurisdiction of this Court, as well as elsewhere, defendant CRYSTAL CHARMAE RICHARDS,

aided, abetted, counseled, induced, and encouraged by others, both known and unknown to the

Grand Jury, did knowingly and unlawfully possess and use, without lawful authority, the means

of identification of others, described in more detail below, during and in relation to felony

violations of Title 18, United States Code, Section 641:

| Count | Date | Means of Identification | Description of Transaction |
|---|---|---|---|
| 20 | 1/26/2012 | Name and social security number of A.M. | Fraudulent 2011 Tax Return filed in name of A.M. |
| 21 | 2/9/2012 | Name and social security number of L.S. | Fraudulent 2011 Tax Return filed in name of L.S. |

| Count | Date | Means of Identification | Description of Transaction |
|-------|------|------------------------|---------------------------|
| 22 | 2/15/2013 | Name and social security number of L.H. | Fraudulent 2012 Tax Return filed in name of L.H. |

(In violation of Title 18, United States Code, Sections 1028A(a)(1) & 2.)

## CRIMINAL FORFEITURE ALLEGATION

Pursuant to Rule 32.2(a) FED. R. CRIM. P., the defendant is notified that, if convicted of

the offenses alleged in Counts Seventeen through Nineteen, she shall forfeit to the United States

any property constituting, or derived from, proceeds obtained directly or indirectly as the result of

such violations, including, but not limited to, any assets which may be directly forfeitable as

proceeds or subject to forfeiture as a substitute asset.   Property subject to forfeiture includes, but

is not limited to, **a money judgment in the amount of at least $11,573.**

(In accordance with Title 18, United States Code, Section 981(a)(1)(C), as incorporated
by 28 U.S.C. § 2461(c).)

A TRUE BILL:   Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

_____
FOREPERSON

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____
Michael C. Moore
Assistant United States Attorney

6