February 1, 2022

Crystal Jackson
400 Coveside Lane, Apt 104
Chesapeake, Virginia 23320
Telephone: 804-549-9665
Email: spoiledrotten247365@gmail.com

RECEIVED
FEB - 7 2022
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Re: Early Release of Crystal Jackson, Case No. D-VAE-3-16-CR-000155-001

Honorable Judge Gibney:

My name is Crystal Jackson, and I am writing this letter to request consideration in terminating my parole early. I was placed on parole after serving a 3-year federal prison term for Tax Fraud at Hazelton Federal Correction Center for women. I make no excuses for my actions, and I accept full responsibility for the decisions that caused my consequences.

Since my release on September 9th, 2019, I have been a positive citizen in the community by providing needed resources for the elderly in the community, linking service providers in the community to sponsor drives for back to school, and I even earned an award from the Governor of Virginia for my service to the community. However, my parole limits my ability to be a productive citizen to my full potential. I have been consistent with paying my restitution and I have complied with the conditions of my parole. I am committed to continuing to pay my restitution however, my parole poses significant restrictions on my ability to reintegrate back into society. My parole limits my ability to establish credit and provide financially for my family.

During my parole, there was a situation that occurred with me obtaining credit which I was not aware violated the conditions of my parole. Once I was advised by my probation officer that this was not allowed, I immediately closed all of the accounts as instructed. I have made every effort to follow the rules and become a productive citizen in the community.

I have shown a steadfast and resolute demeanor in moving past this mistake in a constructive and successful manner. It is my hope that this letter will act as a positive factor when considering early release of my parole.

I thank you in advance for your time and consideration in this matter.

Respectfully,

Crystal Jackson
*[signature]*